

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00520-CV

Thilo **BURZLAFF**, M.D., P.A., and Tamela Arabit-Burzlaff,
Appellants

v.

Janet M. **WEBER**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI03358
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On December 20, 2017, this court informed the parties that the above cause was set for formal submission on briefs only before a panel consisting of Chief Justice Marion, Justice Barnard, and Justice Chapa. The panel has since determined that oral argument may be of benefit to the court. Therefore, the above cause is now set for formal submission and oral argument before this court on <u>January 25, 2018 at 9:00 a.m.</u>, before a panel consisting of Chief Justice Marion, Justice Barnard, and Justice Chapa.

Argument is limited to twenty (20) minutes each side and ten (10) minutes for appellants' rebuttal. If you do not wish to present argument, you must notify this court in writing within seven (7) days of receiving this notice.

It is so ORDERED this 28th day of December 2017.

Attested to: _Kirk E. Hatto_____

**PER CURIAM**

